**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
(973) 425-0161 (fax)
**Attorneys for Plaintiff**
**Metropolitan Life Insurance Company**

**MEMORANDUM ENDORSED**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                  Plaintiff,<br><br>v.<br><br>THELMA LOPEZ AND MARIA SOLENILDA SEVERINO,<br><br>                  Defendants. | Civil Action No.: 1:20-cv-1076 (LJL)(GWG) |

**CIVIL ACTION – ORDER TO DEPOSIT SUM OF MONEY WITH THE COURT**

    The above entitled cause having come before the Court upon an application filed by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Plaintiff Metropolitan Life Insurance Company ("MetLife") to deposit a sum of money with the Court pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Civil Rule 67.1 of the General Rules of this Court, and the Court having considered the application;

    **NOW THEREFORE**, it is on this   6   day of   March  , 2020

    **ORDERED** that MetLife's application to deposit a sum of money with the Court is hereby granted; and it is further

**ORDERED** that the Clerk of Court accept and deposit the interpleader funds in the amount of $25,000, plus any applicable interest, into the Court Registry Investment System (CRIS) of this Court as soon as the business of this office allows, and the Clerk shall deposit these funds into an interest bearing account; as further

**ORDERED** that the sums so invested in the interest-bearing account shall remain on deposit until further order of this Court; and it is further

**ORDERED** that the Clerk shall deduct a fee for the handling of the funds, a fee consistent with that authorized by the Judicial Conference of the United States and as set by the Director of the Administrative Office; and it is further

**ORDERED** that a copy of this Order shall be served upon the Clerk of this Court, or upon the Financial Deputy Clerk.

_____
HON. LEWIS J. LIMAN, U.S.D.J.

March 6, 2020

3981769_1