```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
METROPOLITAN LIFE INSURANCE COMPANY,                             :
                                                                 :
                         Plaintiff,                              :
                                                                 :          20-cv-1076 (LJL)
        -v-                                                      :
                                                                 :              ORDER
THELMA LOPEZ and MARIA SOLENILDA                                 :
SEVERINO,                                                        :
                                                                 :
                         Defendants.                             :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/2020

LEWIS J. LIMAN, United States District Judge:

The initial pretrial conference was held on June 15, 2020 in which Plaintiff and *pro se* Defendants appeared. Each Defendant was accompanied by a family member or friend who served as a Spanish translator.

It is hereby ORDERED that a telephonic status conference is scheduled for July 28, 2020 at 3:00 p.m. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

The parties shall jointly submit to the Court a proposed Case Management Plan and Scheduling Order by one week prior to conference. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage.

Plaintiff shall make its motion to dismiss by July 13, 2020.

SO ORDERED.

Dated: June 19, 2020
       New York, New York                    _____
                                                    LEWIS J. LIMAN
                                                United States District Judge