```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
METROPOLITAN LIFE INSURANCE COMPANY,   :
:
Plaintiff,   :
:    20-cv-1076 (LJL)
-v-   :
:    ORDER
THELMA LOPEZ and MARIA SOLENILDA   :
SEVERINO,   :
:
Defendants.   :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff filed a motion for interpleader relief on July 27, 2020. Dkt. No. 25. The Court held a status conference on July 28, 2020 at which all parties appeared. As stated at the conference, it is hereby ORDERED that Defendants shall submit opposition briefs to Plaintiff's motion, if any, by August 28, 2020.

A telephonic status conference is scheduled for September 9, 2020 at 3:00 p.m. The parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

The Court will mail a copy of this Order to Defendants.

SO ORDERED.

Dated: July 29, 2020
New York, New York                              _____
                                                LEWIS J. LIMAN
                                                United States District Judge