```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

METROPOLITAN LIFE INSURANCE COMPANY,

                Plaintiff,

     -v-

THELMA LOPEZ and MARIA SOLENILDA SEVERINO,

                Defendants.

-------------------------------------------------------------------X

20-cv-1076 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court has been informed that that parties have reached a settlement in principle in this case.  In order to establish the agreed disbursement of funds in connection with that settlement, a telephonic conference is scheduled with Defendants for September 11, 2020 at 12:00 p.m.  Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.  At the conference, the Court expects to ask the Defendants to state the terms of their agreed settlement.  The Court will then embody those agreed terms in an agreed order that will permit the resolution of this case and the distribution of the funds to the parties.

    The Court will mail a copy of this Order to Defendants.  Plaintiff is also directed to provide a copy of this Order to Defendants by email, but Plaintiff is not required to attend the conference.

    SO ORDERED.

Dated: September 2, 2020
       New York, New York

                                    LEWIS J. LIMAN
                                    United States District Judge